**David J. Roberts**
9601 Stoney Creek Drive
Las Vegas, Nevada 89117
(702) 419-9234 phone
djrformcar@cmaaccess.com
In Proper Person

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DAVID J. ROBERTS,                           )
                                            )
                    Plaintiff,              )    Case No. :  2:11-cv-00006-PMP-GWF
                                            )
vs.                                         )
                                            )
SPRING MOUNTAIN ADVANCED                    )
DRIVING SCHOOL, LLC.,                       )
a Nevada Limited Liability Company;         )
DOES I through X and ROE                    )
CORPORATIONS I through X, inclusive,        )
                                            )
                    Defendants.             )
_____)

## REQUEST FOR DISMISSAL WITH PREJUDICE

Plaintiff David J. Roberts, in Proper Person, hereby requests that the Court dismiss the above referenced action with prejudice. The parties have amicably resolved their differences.

DATED this 30th day of April 2011.

_____
DAVID J. ROBERTS, Plaintiff
9601 Stoney Creek Drive
Las Vegas, Nevada 89117
(702) 419-9234
In Proper Person

## ORDER

IT IS SO ORDERED.

_____
United States District Court Judge

April 29, 2011
DATED: _____